**Fill in this information to identify the case:**

Debtor name ___Arboretum Crossing, LLC_____

United States Bankruptcy Court for the: ___Western_____ District of __Texas____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Cupertino Builders, LLC | 1159 Sonora Ct Suite 202 Sunyvale, CA 94086 | | | | | $103,927.55 |
| 2 | West Texas Stone Solutions | 5206 Orsini Blfs Round Rock, TX 78665 | | | | | $69,650.88 |
| 3 | Ahern Rentals, Inc. | 8350 Eastgate Road Henderson, NV 89015 | | | | | unknown |
| 4 | City of Austin | PO Box 2267 Austin, TX 78783-2267 | | | | | $12,901.06 |
| 5 | Alliance Tax Advisors | 433 E Las Colinas Blvd Suite 300 Irving, TX 75039 | | | | | $12,330.34 |
| 6 | North by Northwest LLC | 3801 Prarie Ln Austin, TX 78728 | | | | | $2,417.60 |
| 7 | Inoca Holdco II, LLC | FCS Fox Commerical Services LLC PO Box 19047 Austin, TX 78760 | | | | | $1,914.68 |
| 8 | Yoga Pod | JMH Yogi, LLC 1817 Chalk Rock Cove Austin, TX 78735 | | C | | | $11,308.33 |

Debtor      __Arboretum Crossing, LLC_____        Case number (*if known*)_____
            <sub>Name</sub>

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | TSO Delivery, LLC | 3909 N Interstate 35 Suite E-5 Austin, TX 78722 | | C | | | $3,777.50 |
| 10 | Skin Zen LLC | 2006 Autumn Fire Cedar Park, TX 78613 | | C | | | $3,227.29 |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |