# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

In Re: § Case No. 21-10546
§
§
§ Chapter 11
Arboretum Crossing, LLC §
§

## LIST OF CREDITORS VERIFICATION

The above named debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of their knowledge.

/s/ Natin Paul, Authorized Representative                   July 7, 2021
Debtor                                                      Date


_____                             _____
Joint Debtor                                                Date

9333 Research Boulevard, LP
Jim Barr Coleman
M. Troy Marcus
500 W. 2nd Street
Floor 19, Suite 195
Austin, TX 78701

Cupertino Builders, LLC
1159 Sonora Court
Suite 202
Sunnyvale, CA 94086

West Texas Stone Solutions
5206 Orsini Blfs
Round Rock, TX 78665

Ahern Rentals, Inc.
8350 Eastgate Road
Henderson, NV 89015

City of Austin
PO Box 2267
Austin, TX 78783-2267

Alliance Tax Advisors
433 E Las Colinas Blvd.
Suite 300
Irving, TX 75039

North by Northwest LLC
3801 Prairie Lane
Austin, TX 78728

Inoca Holdco II, LLC
FCS Fox Commercial Services LLC
PO Box 19047
Austin, TX 78760

Yoga Pod
JMH Yogi, LLC
1817 Chalk Rock Cove
Austin, TX 78735

TSO Delivery, LLC
3909 N Interstate 35
Suite E-5
Austin, TX 78722

5624280.1

Skin Zen LLC
2006 Autumn Fire
Cedar Park, TX 78613

Office of the US Trustee
903 San Jacinto Boulevard
Room 230
Austin, TX 78701

Internal Revenue Service
Austin, TX 73301

David Escamilla, Travis County Atty.
Assistant County Attorney
P. O. Box 1748
Austin, TX 78767

5624280.1