IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ARBORETUM CROSSING LLC, | § | CASE NO. 21-10546 |
| Debtor. | § | Chapter 11 |
| | § | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned, as counsel for 9333 Research Boulevard, LP, in the above-referenced bankruptcy proceeding, requests that all pleadings filed and notices given in this case be given and served to the following:

Jennifer F. Wertz
Jackson Walker LLP
100 Congress, Suite 1100
Austin, Texas 78701
(512) 236-2247- direct phone
jwertz@jw.com

J. Machir Stull
Jackson Walker LLP
2323 Ross Avenue, Suite 600
Dallas, TX 75201
(214) 953-6039 – direct phone
mstull@jw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and pleadings, but also includes, without limitation, notices of any pleadings, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case.

Dated: July 7, 2021.

29470888v.1 156887/00002

Respectfully submitted,

JACKSON WALKER LLP
100 Congress Avenue, Suite 1100
Austin, Texas 78701
(512) 236-2000 – main telephone
(512) 236-2002 – main fax
www.jw.com

/s/ *Jennifer F. Wertz*
Jennifer F. Wertz
State Bar No. 24072822
(512) 236-2247 – Direct Dial
Email: jwertz@jw.com

J. Machir Stull
2323 Ross Avenue, Suite 600
Dallas, TX 75201
(214) 953-6039 – Direct Dial
Email: mstull@jw.com

**COUNSEL FOR 9333 RESEARCH BOULEVARD, LP**

**CERTIFICATE OF SERVICE**

    This is to certify that on this 7th day of July 2021, a true and correct copy of the foregoing was served via the Court's CM/ECF electronic delivery system on the parties listed below:

Mark H. Ralston
Fishman Jackson Ronquillo PLLC
13122 Noel Rd., #700
Dallas, TX 75240
Email: mralston@fjpllc.com
Counsel to Debtor

                                            /s/ *Jennifer F. Wertz*
                                            Jennifer F. Wertz