**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: March 08, 2022.**



_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 21-10546-tmd |
| ARBORETUM CROSSING, LLC, | § | CHAPTER 11 |
|     Debtor. | § | |

### ORDER TO SHOW CAUSE

On March 7, 2022, the Court held a hearing in an affiliate case, WC Culebra SA, LP, Case No. 21-10360, on a motion seeking conversion filed by the U.S. Trustee because WC Culebra had not filed monthly operating reports or paid U.S. Trustee fees in several months. Right before the hearing, the WC Culebra filed the untimely monthly operating reports, which strongly suggested that WC Culebra made several transfers of cash with neither lender consent nor Court approval.

The U.S. Trustee also filed a motion to convert in this case because the Debtor has not filed monthly operating reports or paid U.S. Trustee fees for several months. The Court finds that the Debtor should appear and show cause why a chapter 11 trustee should not be appointed in this case to ensure that no unauthorized transfers are made by the Debtor, and to ensure that monthly operating reports are timely filed. Due to the expense this would entail, the Court invites

participation and comment by the Debtor's owners, affiliates, lenders, and the U.S. Trustee's office.

ACCORDINGLY, IT IS ORDERED that the Debtor appear at a hearing on March 23, 2022 at 1:30 p.m. and show cause why a chapter 11 trustee should not be appointed.

# # #